# EXHIBIT A

## AUTHORIZATION TO TRANSFER

**THIS AUTHORIZATION TO TRANSFER** ("Agreement") is made as of the  18th  day of   February  , 2015, by and among **PAPA JOHN'S INTERNATIONAL, INC.**, a Delaware corporation ("Franchisor"), **PJ FRESNO ENTERPRISE, INC.**, a California corporation ("Transferor"), and **PRB I LLC**, a Delaware limited liability company ("Transferee").

**RECITALS:**

**A.** Franchisor and Transferor are parties to two Papa John's Franchise Agreements dated August 12, 2008 and April 25, 2012 (the "Franchise Agreements") for the operation of two Papa John's Pizza restaurants located at 1798 Ashlan Avenue, #101, Clovis, California 93611 and 1512 Champlain, Suite 107, Fresno, California 93720-5652, and identified in Franchisor's system as Store Nos. 3563 and 4125 (the "Restaurants").

**B.** Transferor desires to transfer to the Transferee, and Transferee is willing to assume, Transferor's remaining rights and obligations under the Franchise Agreements, and Franchisor is willing to consent to such transfer, subject to the terms hereof.

**AGREEMENT:**

**NOW, THEREFORE,** the parties hereby agree as follows:

**1.** **Transfer and Assumption.** Transferor hereby sells, transfers, conveys and assigns to Transferee and Transferee hereby assumes Transferor's rights and obligations under the Franchise Agreements, effective as of  February 18, 2015  (the "Transfer Date"). Transferee hereby acknowledges: receipt of the Franchise Agreements, or a copy(ies) thereof, from Transferor; and that Transferee has read and understands the Franchise Agreements and all of the provisions thereof.

DocuSign Envelope ID: 00D7E427-C9FE-4643-8AE0-9DD3167E1FC5

2.  **Consent of Franchisor; Payment of Amounts Due.**  Contingent on receipt of the $4,000 transfer fee required under the Franchise Agreements, Franchisor hereby consents to the foregoing transfer.  This consent shall not be construed or deemed as a consent to any subsequent or different transfer.  As a further condition to Franchisor's consent, Transferor agrees to pay all amounts due for Royalties, Marketing Fund payments and co-op payments on Net Sales through the Transfer Date, as well as all amounts due to Franchisor's subsidiaries.

3.  **Effect of Transfer.**  Transferor shall have no further duties or obligations under the Franchise Agreements after the Transfer Date, provided, this Agreement shall not release Transferor from:  any liability that arose prior to the Transfer Date; or  any of Transferor's covenants that, by their terms, survive the expiration or termination of the Franchise Agreements (including without limitation, covenants relating to non-competition, copying or duplication of the System and validity of trademarks and copyrights); nor shall this Agreement release any person who is a signatory (or required to be a signatory) to the Owner Agreement.

4.  **Owner Agreement.**  Concurrently with the execution of this Agreement, each member of Transferee shall execute and deliver to Franchisor an Owner Agreement in the form attached hereto.

5.  **Authorization for Automatic Withdrawal.**  Concurrently with the execution of this Agreement, Transferee shall also execute and deliver an Authorization for Automatic Withdrawal. Unless otherwise specified by Franchisor, Transferee agrees to remain on automatic withdrawal throughout the term of the Franchise Agreements.

6.  **Required Training.**  Transferee's Principal Operator and managers shall undertake and successfully complete such training and instruction as Franchisor deems necessary.

7.  **Release.**  Transferor and its shareholders hereby remise, release and forever discharge Franchisor, Papa John's USA, Inc., their affiliates, their respective officers, directors and employees, and their personal representatives, heirs, successors and assigns from any and all claims, demands, accounts, proceedings, liabilities, actions, causes of action, losses, damages, costs,

DocuSign Envelope ID: 00D7E427-C9FE-4643-8AE0-9DD3167E1FC5

expenses and controversies of every kind and description, whether in law or in equity and whether accrued or unaccrued, known or unknown, matured or unmatured, liquidated or unliquidated, contingent or otherwise, including all claims of fraud and misrepresentation, which any of them now has, may now have, has had or may hereafter have against Franchisor or any of the foregoing listed persons or entities arising from events or circumstances occurring or existing on or before the date hereof.

8. **Notices.** All notices, requests, consents, demands and other communications required or permitted to be given or made to Transferee shall be given in accordance herewith:

> PRB I LLC
> 5148 Spanish Heights Drive
> Las Vegas, Nevada 89148
> ATTN: Kenneth Antos
> Phone No.: 702-248-3792

An address and phone number of Transferor to which any notices, requests, demands or other communications may be delivered is as follows:

> PJ Fresno Enterprise, Inc.
> 770 Tennessee Street
> Redlands, California 92373
> ATTN: Mohammad Asif
> Phone No.: 951-237-8195

9. **Governing Law.** This Agreement shall be governed by, and construed in accordance with, the laws of the Commonwealth of Kentucky. The proper venue for any suits or claims arising from this document shall be in the court of proper jurisdiction located in Jefferson County, Kentucky.

10. **Counterparts.** This Agreement may be executed in several counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

**11. Miscellaneous.** This Agreement, together with the Owner Agreement and Advertising Agreement (which are incorporated herein by reference), constitutes the entire agreement between the parties with respect to the subject matter hereof. Any prior written or oral agreements or understandings between the parties are hereby superseded. This Agreement may not be modified, altered, amended or terminated except by a written document signed by the party against whom enforcement is sought.

**IN WITNESS WHEREOF,** the parties have executed this Authorization to Transfer as of the day, month and year first written above.

**PAPA JOHN'S INTERNATIONAL, INC.**

By: *[signature]*
Title: Chief Development Officer

**PJ FRESNO ENTERPRISE, INC.**

By: *Mohammad Asif*
Title: president

*Mohammad Asif*
**MOHAMMAD ASIF**

**PRB I LLC**

By: *kenneth Antos*
Title: Managing Member

4