# EXHIBIT E



September 15, 2015

**VIA N/D DELIVERY**
Mr. Kenneth Antos
PRB I LLC
5148 Spanish Heights Drive
Las Vegas, NV  89148

      RE:    Default of PRB I LLC under the terms of that certain Franchise Agreements between Papa John's International, Inc. and PRB I LLC as shown on enclosed Exhibit A.

Dear Mr. Antos:

    I am sorry to inform you that we must place PRB I LLC ("PRB") on notice that it is in default under the terms of the above-referenced Franchise Agreements ("Agreements") with Papa John's International, Inc. ("Papa John's").  Specifically, PRB is hereby placed on default notice pursuant to Paragraph 19(c)(ii) of the Agreements for failure to promptly pay past due amounts owing to us in the amount of $90,014.76.  We have attempted to work with you through a variety of means to help you bring your account current.  Unfortunately, it has reached a point where we need to enforce our rights.

    We certainly hope PRB will pay the above-referenced past due balances within fifteen (15) days from the date of this letter.  If full payment is not received within that time frame, PRB's Agreements will be terminated in their entirety.   PRB will then be required to comply with the post-termination provisions set forth in Paragraph 20 of the Agreements.

    Please note that your Agreements are subject to termination if you are repeatedly notified of being in material default, *even if such defaults are timely cured after notice*.  Please make every effort to maintain currency of your financial obligations under the Agreements so as not to risk this ultimate consequence.

    If you have any questions, please contact me.

                        Very truly yours,
                        PAPA JOHN'S INTERNATIONAL, INC.

                        Simon Smith
                        Vice President, North American Franchise Operations

SS:kaw
cc:    Steve Ritchie
      Michael Meche
      Al Randazzo
      Sharon Layman

## PRB I LLC
## EXHIBIT A

| Store No. | Location | Agreement Date |
|---|---|---|
| 3563 | 1798 Ashlan Avenue, #101<br>Clovis, CA 93611 | August 12, 2008 |
| 4125 | 1512 Champlain, Suite 107<br>Fresno, CA 93720-5652 | April 25, 2012 |
| 4536 | 3842 West Shaw<br>Fresno, CA 93711-3214 | December 27, 2014 |
| 4539 | 2169 Sunset Boulevard, Suite 400<br>Rocklin, CA 95765-4743 | November 13, 2014 |
| 4542 | 8300 Sierra College Boulevard, Suite B<br>Roseville, CA 95661 | December 27, 2014 |
| 4543 | 5015 Foothills Boulevard, Suite 4<br>Roseville, CA 95747-6503 | November 29, 2014 |