# EXHIBIT F



November 16, 2015

**VIA UPS**

Mr. Kenneth Antos
PRB I LLC
5148 Spanish Heights Drive
Las Vegas, NV 89148

      RE:    Termination of Franchise Agreement (Store #s 4539, 4542 and 4543 as shown on Exhibit A)

Dear Mr. Antos:

      Please be advised that PRB I LLC's ("PRB") Franchise Agreements referenced above (hereinafter referred to as the "Franchise Agreement") between PRB and Papa John's International, Inc. ("Papa John's") are hereby terminated in their entirety pursuant to Paragraph 19.(b)(i) of the Franchise Agreement. This termination is the result of PRB's abandoning and ceasing to operate the outlets. These outlets have been closed since at least Friday, November 6, 2015.

      PRB will be required to comply with the post-termination provisions set forth in Paragraph 20 of the Franchise Agreement, including, but not limited to, compliance with the attached Restaurant Closing Checklist.

      If you have any questions, please feel free to call me.

      Sincerely,

      PAPA JOHN'S INTERNATIONAL, INC.

      Simon Smith
      Vice President, North American Franchise Operations

Enclosure
cc:    Steve Ritchie
        Dan Waddell, Esq.
        Michael Meche
        Al Randazzo
        Sharon Layman

## PRB I LLC
## EXHIBIT A

| Store No. | Location | Agreement Date |
|---|---|---|
| 4539 | 2169 Sunset Boulevard, Suite 400<br>Rocklin, CA  95765-4743 | November 13, 2014 |
| 4542 | 8300 Sierra College Boulevard, Suite B<br>Roseville, CA  95661 | December 27, 2014 |
| 4543 | 5015 Foothills Boulevard, Suite 4<br>Roseville, CA  95747-6503 | November 29, 2014 |