# EXHIBIT H



December 8, 2015

<u>**Via Overnight Delivery**</u>

PRB I, LLC
5148 Spanish Heights Drive
Las Vegas, Nevada 89148
Attn: Kenneth Antos

Re:   Accounts Due - PRB I, LLC

Dear Mr. Antos:

PRB I, LLC, a former Papa John's franchisee ("PRB") has closed its Papa John's restaurants and left the Papa John's system. PRB owes substantial sums to Papa John's and/or its affiliates (collectively "PJI"). As of the date of this letter, PRB owes PJI a total of $183,622.87.

PJI hereby demands that PRB render payment to PJI in the amount of $183,622.87.

Please give this demand your immediate attention. If PRB is unable or unwilling to honor its debts to PJI, PJI will have no choice but to pursue legal remedies for the amount due.

Very truly yours,

PAPA JOHN'S INTERNATIONAL, INC.

Simon Smith
Vice President, North American Franchise Operations

SS:kaw
cc:   Michael Meche
      Tim O'Hern
      Joe Smith
      Sharon Layman
      Clark Spader
      Dan Waddell