# EXHIBIT I

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC-004542 | 08800 | 2353004542 | 000000000006028167 | | 9.91 | 9.91 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006050810 | | 13.71 | 13.71 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004543 | 08800 | 2353004543 | 000000000006028168 | | 13.91 | 13.91 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006050811 | | 14.17 | 14.17 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004539 | 08800 | 2353004539 | 000000000006028165 | | 14.30 | 14.30 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006037604 | | 14.87 | 14.87 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006043549 | | 16.58 | 16.58 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004125 | 08800 | 2353004125 | 000000000006027894 | | 17.57 | 17.57 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006050812 | | 18.18 | 18.18 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006037603 | | 18.40 | 18.40 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006043550 | | 21.40 | 21.40 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004536 | 08800 | 2353004536 | 000000000006028162 | | 22.33 | 22.33 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006050798 | | 23.22 | 23.22 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006037623 | | 23.75 | 23.75 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006037591 | | 24.12 | 24.12 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006050823 | | 26.04 | 26.04 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006043537 | | 26.05 | 26.05 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-003563 | 08800 | 2353003563 | 000000000006027592 | | 27.13 | 27.13 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006043547 | | 31.75 | 31.75 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006037624 | | 32.29 | 32.29 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006043548 | | 34.24 | 34.24 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006110388 | 0004280762 | 36.98 | 36.98 | 9/21/2015 | 10/15/2015 | 127 | DR | Open | PACH | "2015-SF49ERS-1INT" |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006110389 | 0004280763 | 36.98 | 36.98 | 9/21/2015 | 10/15/2015 | 127 | DR | Open | PACH | "2015-SF49ERS-1INT" |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006110385 | 0004280759 | 37.14 | 37.14 | 9/21/2015 | 10/15/2015 | 127 | DR | Open | PACH | "2015-SF49ERS-1INT" |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006110387 | 0004280761 | 37.14 | 37.14 | 9/21/2015 | 10/15/2015 | 127 | DR | Open | PACH | "2015-SF49ERS-1INT" |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006043524 | | 39.92 | 39.92 | 10/1/2015 | 10/1/2015 | 141 | FC | Open | | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006102033 | 0004284605 | 56.87 | 56.87 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-122" |
| PRB I LLC-004542 | 09008 | 2353004542 | 000000000006102035 | 0004284607 | 56.87 | 56.87 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-122" |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006102036 | 0004284608 | 56.87 | 56.87 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-122" |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006102032 | 0004284604 | 57.17 | 57.17 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-122" |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006101747 | 0004284318 | 62.58 | 62.58 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-118" |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006102182 | 0004284754 | 62.58 | 62.58 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | "P10-XLMONSTER$12-128" |
| PRB I LLC | 09001 | FRAN2353 | 000000000006132098 | | 75.00 | 75.00 | 9/30/2015 | 9/30/2015 | 142 | DR | Open | IMMED | RETURN_FEE |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006116436 | 0004295083 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006116452 | 0004295191 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006116466 | 0004295272 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006116467 | 0004295274 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006116468 | 0004295275 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006116469 | 0004295276 | 83.15 | 83.15 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | P10 2015 TUESDAY |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006106204 | 0004275113 | 103.59 | 103.59 | 9/18/2015 | 10/15/2015 | 127 | DR | Open | PACH | WEB 62006 |
| PRB I LLC-004542 | 09008 | 2353004542 | 000000000006114681 | | 127.97 | 127.97 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC | 09001 | FRAN2353 | 000000000006125784 | | 150.00 | 150.00 | 9/28/2015 | 9/28/2015 | 144 | DR | Open | IMMED | RETURN_FEE |
| PRB I LLC | 09001 | FRAN2353 | 000000000006133231 | | 165.00 | 165.00 | 10/1/2015 | 10/1/2015 | 141 | DR | Open | IMMED | RETURN_FEE |

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC | 09001 | FRAN2353 | 000000000006136896 | | 165.00 | 165.00 | 10/5/2015 | 10/5/2015 | 137 | DR | Open | IMMED | RETURN_FEE |
| PRB I LLC-004542 | 09001 | 2353004542 | 000000000006120011 | | 196.66 | 196.66 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006092833 | 0004275113 | 197.47 | 197.47 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | WEB 62006 |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006114682 | | 233.20 | 233.20 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006114680 | | 235.63 | 235.63 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006114581 | | 252.97 | 252.97 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004539 | 09001 | 2353004539 | 000000000006120009 | | 258.01 | 258.01 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006114469 | | 273.93 | 273.93 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004543 | 09001 | 2353004543 | 000000000006120012 | | 311.30 | 311.30 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-004536 | 09001 | 2353004536 | 000000000006120006 | | 316.43 | 316.43 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006114679 | | 343.02 | 343.02 | 9/22/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004125 | 09001 | 2353004125 | 000000000006119711 | | 368.42 | 368.42 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-003563 | 09001 | 2353003563 | 000000000006119391 | | 480.99 | 480.99 | 9/23/2015 | 10/19/2015 | 123 | DR | Open | PJO | |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006135533 | 0004314431 | 774.85 | 774.85 | 10/2/2015 | 10/2/2015 | 140 | DR | Open | IMMED | FRANCISCO |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006124258 | 0004306185 | 778.42 | 778.42 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | DANIEL CALDERON |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006149620 | 0004321533 | 793.76 | 793.76 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | NICHOLAS F EVON |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006124257 | 0004306184 | 796.28 | 796.28 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | GERARDO ROMERO |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006139313 | 0004317606 | 827.02 | 827.02 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | DANIEL J CALDERON |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006124256 | 0004306183 | 875.57 | 875.57 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | NICHOLAS EVON |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006131841 | 0004309773 | 886.91 | 886.91 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | DANIEL CALDERON |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006105883 | 0004293762 | 919.24 | 919.24 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | NICHOLAS EVON |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006135519 | 0004313912 | 938.29 | 938.29 | 10/2/2015 | 10/9/2015 | 133 | DR | Open | NET07 | NATALIA ESCALANTE |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006105884 | 0004293763 | 987.22 | 987.22 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | NATALIA ESCALANTE |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006149622 | 0004321535 | 1,039.56 | 1,039.56 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006149621 | 0004321534 | 1,058.12 | 1,058.12 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | SYSTEM |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006135518 | 0004313911 | 1,106.08 | 1,106.08 | 10/2/2015 | 10/9/2015 | 133 | DR | Open | NET07 | NICHOLAS EVON |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006116512 | 0004298651 | 1,110.13 | 1,110.13 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | FRANCISCO OLIVA |
| PRB I LLC | 09001 | FRAN2353 | 000000000006091349 | | 1,133.46 | 1,133.46 | 9/11/2015 | 10/19/2015 | 123 | DR | Open | ISACH | |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006131833 | 0004309764 | 1,167.27 | 1,167.27 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | DAVID CRUZ |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006131842 | 0004309774 | 1,192.82 | 1,192.82 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | BREAK MANAGER |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006131840 | 0004309772 | 1,194.06 | 1,194.06 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | NICHOLAS EVON |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006124245 | 0004306172 | 1,252.08 | 1,252.08 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | DAVID CRUZ |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006139314 | 0004317607 | 1,254.27 | 1,254.27 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006135506 | 0004313899 | 1,267.10 | 1,267.10 | 10/2/2015 | 10/9/2015 | 133 | DR | Open | NET07 | DAVID CRUZ |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006116511 | 0004298650 | 1,285.31 | 1,285.31 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | NATALIA ESCALANTE |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006105874 | 0004293752 | 1,323.75 | 1,323.75 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | DAVID CRUZ |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006139312 | 0004317605 | 1,348.44 | 1,348.44 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | NICHOLAS EVON |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006105885 | 0004293764 | 1,385.91 | 1,385.91 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | DANIEL CALDERON |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006139304 | 0004317596 | 1,444.08 | 1,444.08 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | DAVID CRUZ |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006116510 | 0004298649 | 1,570.22 | 1,570.22 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | NICHOLAS EVON |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006105882 | 0004293761 | 1,598.14 | 1,598.14 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | JACOB HORD |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006135532 | 0004314362 | 1,613.22 | 1,613.22 | 10/2/2015 | 10/2/2015 | 140 | DR | Open | IMMED | CODY |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006116523 | 0004298911 | 1,665.06 | 1,665.06 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | DAVID CRUZ |

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006131857 | 0004310030 | 1,718.24 | 1,718.24 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | JACOB HORD |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006124255 | 0004306182 | 1,731.46 | 1,731.46 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | JACOB HORD |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006135517 | 0004313910 | 1,776.46 | 1,776.46 | 10/2/2015 | 10/9/2015 | 133 | DR | Open | NET07 | JACOB HORD |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006124231 | 0004306158 | 1,880.73 | 1,880.73 | 9/25/2015 | 10/2/2015 | 140 | DR | Open | NET07 | YUNET TOME |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006139332 | 0004318144 | 1,882.41 | 1,882.41 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | NATALIE |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006149611 | 0004321523 | 1,892.61 | 1,892.61 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | CHRISTIAN BUENROSTRO |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006116526 | 0004298914 | 1,927.96 | 1,927.96 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | JACOB HORD |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006131820 | 0004309751 | 2,036.17 | 2,036.17 | 9/29/2015 | 10/6/2015 | 136 | DR | Open | NET07 | YUNET TOME |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006149619 | 0004321532 | 2,051.31 | 2,051.31 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | NATALIA NATALI ESCALANTE |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006105862 | 0004293740 | 2,152.62 | 1,909.65 | 9/18/2015 | 9/25/2015 | 147 | DR | Open | NET07 | YUNET TOME |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006139292 | 0004317583 | 2,157.72 | 2,157.72 | 10/6/2015 | 10/6/2015 | 136 | DR | Open | IMMED | DOMINIC PARKER |
| PRB I LLC-004125 | 09014 | 2353004125 | 000000000006142971 | | 2,260.74 | 2,260.74 | 10/8/2015 | 10/10/2015 | 132 | DR | Open | DUE10 | Roy 8/24- 9/27 |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006116489 | 0004298628 | 2,580.28 | 2,580.28 | 9/22/2015 | 9/29/2015 | 143 | DR | Open | NET07 | YUNET TOME |
| PRB I LLC-003563 | 09014 | 2353003563 | 000000000006142675 | | 3,285.92 | 3,285.92 | 10/8/2015 | 10/10/2015 | 132 | DR | Open | DUE10 | Roy 8/24- 9/27 |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006223410 | | (66.50) | (66.50) | 11/17/2015 | 11/17/2015 | 94 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006222703 | | (52.50) | (52.50) | 11/17/2015 | 11/17/2015 | 94 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006206317 | 0004356599 | (47.70) | (47.70) | 11/10/2015 | 11/10/2015 | 101 | CR | Open | IMMED | CHRISTIAN BUENROSTRO |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006223079 | | (31.50) | (31.50) | 11/17/2015 | 11/17/2015 | 94 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006214642 | 0004367420 | (29.44) | (29.44) | 11/13/2015 | 11/13/2015 | 98 | CR | Open | IMMED | DANIEL |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006223413 | | (3.50) | (3.50) | 11/17/2015 | 11/17/2015 | 94 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006226513 | 0004336760 | 9.56 | 9.56 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | WEB 63088 |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006169235 | 0004337790 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006169251 | 0004337897 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006169265 | 0004337978 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006169266 | 0004337980 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006169267 | 0004337981 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006169268 | 0004337982 | 24.94 | 24.94 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | P11 2015 TUESDAY |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006187690 | 0004336760 | 40.58 | 40.58 | 10/29/2015 | 10/29/2015 | 113 | DR | Open | IMMED | WEB 63088 |
| PRB I LLC-004542 | 09001 | 2353004542 | 000000000006231371 | | 79.25 | 79.25 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-004542 | 09008 | 2353004542 | 000000000006225258 | | 101.17 | 101.17 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-004542 | 09008 | 2353004542 | 000000000006171112 | | 108.57 | 108.57 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09001 | 2353004539 | 000000000006231369 | | 113.81 | 113.81 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-004543 | 09001 | 2353004543 | 000000000006231372 | | 119.46 | 119.46 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-004542 | 09001 | 2353004542 | 000000000006175599 | | 151.03 | 151.03 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006225259 | | 172.23 | 172.23 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006171111 | | 173.53 | 173.53 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006225257 | | 178.93 | 178.93 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006171113 | | 188.23 | 188.23 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006225122 | | 212.79 | 212.79 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006170956 | | 218.84 | 218.84 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09001 | 2353004125 | 000000000006231077 | | 224.02 | 224.02 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006224988 | | 226.96 | 226.96 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006170800 | | 228.18 | 228.18 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |

Page 3

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC-004543 | 09001 | 2353004543 | 000000000006175600 | | 231.29 | 231.29 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09001 | 2353004539 | 000000000006175597 | | 239.21 | 239.21 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09001 | 2353004536 | 000000000006175594 | | 243.46 | 243.46 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09001 | 2353004536 | 000000000006231366 | | 245.49 | 245.49 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09001 | 2353004125 | 000000000006175302 | | 245.78 | 245.78 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006225256 | | 245.93 | 245.93 | 11/17/2015 | 11/17/2015 | 94 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006171110 | | 259.62 | 259.62 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09001 | 2353003563 | 000000000006230757 | | 340.91 | 340.91 | 11/19/2015 | 11/19/2015 | 92 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09001 | 2353003563 | 000000000006174982 | | 355.26 | 355.26 | 10/21/2015 | 10/21/2015 | 121 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006193205 | 0004360426 | 383.94 | 383.94 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | NATALIA ESCALANTE |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006207235 | 0004370590 | 410.44 | 410.44 | 11/10/2015 | 11/10/2015 | 101 | DR | Open | IMMED | ANGELICA S WILLIAMS |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006159153 | 0004327717 | 742.86 | 742.86 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | DANIEL J CALDERON |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006200085 | 0004366972 | 797.10 | 797.10 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006200084 | 0004366971 | 820.01 | 820.01 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | NICHOLAS EVON |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006200099 | 0004367420 | 854.61 | 854.61 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | DANIEL |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006200083 | 0004366970 | 868.15 | 868.15 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | JUAN JAIMES |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006184852 | 0004349586 | 890.08 | 890.08 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | JUNIOR |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006162863 | 0004336480 | 931.75 | 931.75 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | NICHOLAS F EVON |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006193207 | 0004360428 | 936.60 | 936.60 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | DANIEL CALDERON |
| PRB I LLC-004542 | 08800 | 2353004542 | 000000000006205871 | | 944.40 | 944.40 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006184857 | 0004349591 | 956.49 | 956.49 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | JUNIOR |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006193206 | 0004360427 | 971.52 | 971.52 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | NICHOLAS EVON |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006162877 | 0004336989 | 999.17 | 999.17 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | FRANCISCO |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006169310 | 0004341370 | 1,045.92 | 1,045.92 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | DANIEL CALDERON |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006162852 | 0004336468 | 1,117.90 | 1,117.90 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | AARON DOUGHERTY |
| PRB I LLC-004542 | 08800 | 2353004542 | 000000000006153363 | | 1,120.22 | 1,120.22 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |
| PRB I LLC-004543 | 08800 | 2353004543 | 000000000006205872 | | 1,124.71 | 1,124.71 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006193208 | 0004360429 | 1,128.81 | 1,128.81 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004539 | 08800 | 2353004539 | 000000000006205868 | | 1,131.80 | 1,131.80 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC | 09001 | FRAN2353 | 000000000006154114 | | 1,133.46 | 1,133.46 | 10/12/2015 | 10/12/2015 | 130 | DR | Open | IMMED | |
| PRB I LLC | 09001 | FRAN2353 | 000000000006214433 | | 1,133.46 | 1,133.46 | 11/13/2015 | 11/13/2015 | 98 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006169300 | 0004341358 | 1,134.68 | 1,134.68 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | SYSTEM |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006184856 | 0004349590 | 1,177.44 | 1,177.44 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | JUNIOR |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006162875 | 0004336897 | 1,184.40 | 1,184.40 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | DANIEL |
| PRB I LLC-004125 | 08800 | 2353004125 | 000000000006205568 | | 1,326.11 | 1,326.11 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006159141 | 0004327704 | 1,354.18 | 1,354.18 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | DAVID CRUZ |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006159152 | 0004327716 | 1,360.75 | 1,360.75 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | NICHOLAS F EVON |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006162862 | 0004336479 | 1,414.48 | 1,414.48 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | NATALIA NATALI ESCALANTE |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006207223 | 0004370578 | 1,432.74 | 1,432.74 | 11/10/2015 | 11/10/2015 | 101 | DR | Open | IMMED | YUNET TOME |
| PRB I LLC-004539 | 08800 | 2353004539 | 000000000006153361 | | 1,437.14 | 1,437.14 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006169311 | 0004341371 | 1,442.89 | 1,442.89 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006184854 | 0004349588 | 1,447.60 | 1,447.60 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | |
| PRB I LLC-004543 | 08800 | 2353004543 | 000000000006153364 | | 1,477.20 | 1,477.20 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006200073 | 0004366959 | 1,530.25 | 1,530.25 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | CHRISTIAN BUENROSTRO |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006207241 | 0004370598 | 1,566.83 | 1,566.83 | 11/10/2015 | 11/10/2015 | 101 | DR | Open | IMMED | NATALIA ESCALANTE |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006189530 | 0004356610 | 1,655.15 | 1,655.15 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | NICHOLAS EVON |
| PRB I LLC-004125 | 09014 | 2353004125 | 000000000006198915 | | 1,657.64 | 1,657.64 | 11/6/2015 | 11/10/2015 | 101 | DR | Open | DUE10 | Roy 9/28- 10/25 |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006200061 | 0004366946 | 1,665.26 | 1,665.26 | 11/6/2015 | 11/6/2015 | 105 | DR | Open | IMMED | ARTHUR SANTIAGO |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006193197 | 0004360416 | 1,712.93 | 1,712.93 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | ANGELICA S WILLIAMS |
| PRB I LLC-004542 | 09007 | 2353004542 | 000000000006189550 | 0004357077 | 1,720.66 | 1,720.66 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | DANIEL |
| PRB I LLC-004536 | 08800 | 2353004536 | 000000000006205865 | | 1,734.83 | 1,734.83 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC-004125 | 08800 | 2353004125 | 000000000006153082 | | 1,808.59 | 1,808.59 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006189531 | 0004356611 | 1,820.00 | 1,820.00 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-004543 | 09007 | 2353004543 | 000000000006159154 | 0004327718 | 1,820.66 | 1,820.66 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | FRANCISCO OLIVA |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006162837 | 0004336453 | 2,018.22 | 2,018.22 | 10/16/2015 | 10/16/2015 | 126 | DR | Open | IMMED | SYSTEM |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006159151 | 0004327715 | 2,031.60 | 2,031.60 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | NATALIA NATALI ESCALANTE |
| PRB I LLC-003563 | 08800 | 2353003563 | 000000000006205230 | | 2,084.81 | 2,084.81 | 11/10/2015 | 11/24/2015 | 87 | DR | Open | DUE24 | Mktg 9/28 - 10/25 |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006169289 | 0004341346 | 2,104.59 | 2,104.59 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | YUNET TOME |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006149632 | 0004321779 | 2,125.02 | 2,125.02 | 10/9/2015 | 10/9/2015 | 133 | DR | Open | IMMED | YUNET TOME |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006169308 | 0004341368 | 2,148.88 | 2,148.88 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | NATALIA ESCALANTE |
| PRB I LLC-004536 | 08800 | 2353004536 | 000000000006153358 | | 2,173.47 | 2,173.47 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006184853 | 0004349587 | 2,478.72 | 2,478.72 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | JUNIOR |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006189521 | 0004356599 | 2,533.28 | 2,533.28 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | CHRISTIAN BUENROSTRO |
| PRB I LLC-004539 | 09007 | 2353004539 | 000000000006169309 | 0004341369 | 2,549.00 | 2,549.00 | 10/20/2015 | 10/20/2015 | 122 | DR | Open | IMMED | NICHOLAS EVON |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006193216 | 0004360667 | 2,570.82 | 2,570.82 | 11/3/2015 | 11/3/2015 | 108 | DR | Open | IMMED | YUNET TOME |
| PRB I LLC-003563 | 09014 | 2353003563 | 000000000006198619 | | 2,606.01 | 2,606.01 | 11/6/2015 | 11/10/2015 | 101 | DR | Open | DUE10 | Roy 9/28- 10/25 |
| PRB I LLC-003563 | 08800 | 2353003563 | 000000000006152782 | | 2,628.73 | 2,628.73 | 10/12/2015 | 10/24/2015 | 118 | DR | Open | DUE24 | Mktg 8/24 - 9/27 |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006184855 | 0004349589 | 2,641.79 | 2,641.79 | 10/27/2015 | 10/27/2015 | 115 | DR | Open | IMMED | JUNIOR |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006159128 | 0004327691 | 2,662.05 | 2,662.05 | 10/13/2015 | 10/13/2015 | 129 | DR | Open | IMMED | YUNET TOME |
| PRB I LLC-003563 | 09007 | 2353003563 | 000000000006189509 | 0004356586 | 3,313.02 | 3,313.02 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | SYSTEM |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006189529 | 0004356609 | 6,097.28 | 6,097.28 | 10/30/2015 | 10/30/2015 | 112 | DR | Open | IMMED | NATALIA ESCALANTE |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006239156 | | (10.50) | (10.50) | 11/24/2015 | 11/24/2015 | 87 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-004125 | 09007 | 2353004125 | 000000000006238827 | | (3.50) | (3.50) | 11/24/2015 | 11/24/2015 | 87 | CR | Open | IMMED | PAPAREWARDS BB |
| PRB I LLC-004536 | 09007 | 2353004536 | 000000000006242141 | | (1.90) | (1.90) | 11/25/2015 | 11/25/2015 | 86 | CR | Open | IMMED | PCARDHALL |
| PRB I LLC-004125 | 09001 | 2353004125 | 000000000006296456 | | 5.66 | 5.66 | 12/23/2015 | 12/23/2015 | 58 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09001 | 2353004536 | 000000000006296745 | | 6.62 | 6.62 | 12/23/2015 | 12/23/2015 | 58 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09001 | 2353003563 | 000000000006296138 | | 8.81 | 8.81 | 12/23/2015 | 12/23/2015 | 58 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09008 | 2353004539 | 1046479 | | 79.73 | 79.73 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004542 | 09008 | 2353004542 | 1046494 | | 79.73 | 79.73 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004543 | 09008 | 2353004543 | 1046495 | | 79.73 | 79.73 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004542 | 09008 | 2353004542 | 000000000006288725 | | 80.42 | 80.42 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-004539 | 09008 | 2353004539 | 000000000006288724 | | 124.48 | 124.48 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-004543 | 09008 | 2353004543 | 000000000006288726 | | 132.41 | 132.41 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09008 | 2353003563 | 1046618 | | 143.84 | 143.84 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | 62006 |
| PRB I LLC-003563 | 09008 | 2353003563 | 1046617 | | 157.69 | 157.69 | 9/16/2015 | 10/15/2015 | 127 | DR | Open | PACH | 62006 |
| PRB I LLC-003563 | 09008 | 2353003563 | 1046476 | | 160.30 | 160.30 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | RICK MORELAND |

PRB I LLC FRAN2353

| Customer Name | Unit | Customer ID | Item | Order No | Orig Item Amt | Item Balance | Accounting Date | Due | Days Late | Entry Type | Status | Terms | PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRB I LLC-004125 | 09008 | 2353004125 | 1046477 | | 160.30 | 160.30 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-004536 | 09008 | 2353004536 | 1046478 | | 160.30 | 160.30 | 9/11/2015 | 10/15/2015 | 127 | DR | Open | PACH | |
| PRB I LLC-003563 | 09008 | 2353003563 | 000000000006288401 | | 171.57 | 171.57 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-004125 | 09008 | 2353004125 | 000000000006288562 | | 173.56 | 173.56 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-004536 | 09008 | 2353004536 | 000000000006288722 | | 181.62 | 181.62 | 12/21/2015 | 12/21/2015 | 60 | DR | Open | IMMED | |
| PRB I LLC-003563 | 09001 | 2353003563 | 000000000006309488 | 0004439976 | 236.75 | 236.75 | 1/4/2016 | 1/4/2016 | 46 | DR | Open | IMMED | MINUTEMAN PRO 700 |
| PRB I LLC-004542 | 08800 | 2353004542 | 000000000006273308 | | 299.90 | 299.90 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-004543 | 08800 | 2353004543 | 000000000006273309 | | 378.32 | 378.32 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-004539 | 08800 | 2353004539 | 000000000006273306 | | 430.39 | 430.39 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-004125 | 08800 | 2353004125 | 000000000006273038 | | 993.54 | 993.54 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-004125 | 09014 | 2353004125 | 000000000006261611 | | 1,241.92 | 1,241.92 | 12/7/2015 | 12/10/2015 | 71 | DR | Open | DUE10 | Roy 10/26- 11/22 |
| PRB I LLC-004536 | 08800 | 2353004536 | 000000000006273303 | | 1,333.48 | 1,333.48 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-003563 | 08800 | 2353003563 | 000000000006272735 | | 1,512.32 | 1,512.32 | 12/14/2015 | 12/24/2015 | 57 | DR | Open | DUE24 | Mktg 10/26 - 11/22 |
| PRB I LLC-003563 | 09014 | 2353003563 | 000000000006261312 | | 1,890.40 | 1,890.40 | 12/7/2015 | 12/10/2015 | 71 | DR | Open | DUE10 | Roy 10/26- 11/22 |
| | | | | | $ | 184,590.39 | | | | | | | |